United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-13784-BR
SANDRA IRENE WILLSON                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin            Page 1 of 1            Date Rcvd: Apr 04, 2019
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: sandywillson@yahoo.com Apr 05 2019 03:23:25      SANDRA IRENE WILLSON,
     22936 BROOKHOLLOW WAY,    MORENO VALLEY, CA 92557-1842
                                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
        Heide  Kurtz (TR)    trustee@hkurtzco.com,    C169@ecfcbis.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                                    TOTAL: 2

**FILED & ENTERED**

APR 04 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

SANDRA IRENE WILLSON

Debtor(s).

Case No.: 2:19-bk-13784-BR

CHAPTER 7

**ORDER TRANSFERRING CASE TO UNITED STATES BANKRUPTCY COURT, RIVERSIDE DIVISION**

On April 3, 2019, the debtor filed a bankruptcy case. The debtor's address is 22936 Brookhollow Way Moreno Valley, CA 92557, Riverside County. The case was inadvertently assigned to Los Angeles.

IT IS THEREFORE ORDERED that the above bankruptcy case is transferred to United States Bankruptcy Court, Riverside Division.

IT IS SO ORDERED.

Date: April 4, 2019

_____
Barry Russell
United States Bankruptcy Judge

-1-